**THE FIRST NATIONAL BANK OF MIAMI**, a banking corporation organized under the laws of the United States, v. **JACK DAVIS**, trading and doing business as **JACK DAVIS MOTORS**.

10 So. (2nd) 435
November 20, 1942

June Term, 1942
Division B

*Thos. H. Anderson,* for petitioner.

*M. Lewis Hall* and *Alfred E. Sapp,* for respondent.

PER CURIAM:

This cause having been submitted to the Court upon the transcript of the record of the order or final decree dismiss-

ing the bill of complaint, and briefs, and the same having been carefully considered and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the record; it is therefore upon consideration ordered that the petition for certiorari under Rule 34 be and the same is hereby denied.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.